959 F.2d 1101
 295 U.S.App.D.C. 97
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Fred M. ANDERSON, Appellant,
v.
John LANGER, Chief of the Information Section, D.E.A.
 No. 91-5419.
 United States Court of Appeals, District of Columbia Circuit.
 March 31, 1992.
Rehearing and Rehearing En Banc Denied June 3, 1992.
 
 Before RUTH B. ADER GINSBURG, BUCKLEY and SENTELLE, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of the motion for summary affirmance and the opposition thereto, it is
 
 
 2
 ORDERED that the motion be granted substantially for the reasons stated by the district court in its order filed October 31, 1991. The merits of the parties' positions are so clear as to justify summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam); Walker v. Washington, 627 F.2d 541, 545 (D.C.Cir.) (per curiam), cert. denied, 449 U.S. 994 (1980).
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir.Rule 15.